970

No. 78–5528.  SCHAFER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5546.  MOORE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–5557.  RITCH v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 78–5579.  BRADLEY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5585.  STURGIS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1863.  MITCHELL, WARDEN v. NOTTINGHAM.  C. A. 4th Cir.  Certiorari denied.

No. 78–180.  LEEKE, CORRECTIONS COMMISSIONER, ET AL. v. GORDON; and COLLINS, WARDEN v. YOUNG.  C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.  Reported below: 574 F. 2d 1147.

No. 78–182.  SERWOLD ET UX. v. NELSON.  C. A. 9th Cir. Motion of Stephen W. Holohan for leave to file a brief as amicus curiae and certiorari denied.

No. 78–317.  DuPONT GLORE FORGAN, INC., ET AL. v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.